IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BERNARD FITZGERALD PETERS, | ) | |
| Plaintiff, | ) | No. 3:12-cv-00074 |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Griffin |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), with Remand to Defendant ("Motion") (Doc. No. 9), filed along with a Memorandum in Support (Doc. No. 10). Defendant states that remand is necessary "for a new hearing for, among other things, further evaluation of [Plaintiff Bernard Fizgerald Peters's] residual functional capacity." (*Id.* at 1.) Defendant indicates that Plaintiff's counsel has been contacted and has no objection to Defendant's Motion. (Doc. No. 9 at 1.)

The Court hereby **GRANTS** Defendant's Motion and **REMANDS** this case to the Commissioner. This Order terminates this Court's jurisdiction over the above-styled action, and the case is **DISMISSED**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the __16th__ day of April, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT